~~Jason M. Drangel (JD 7204)~~
~~jdrangel@ipcounselors.com~~
~~Ashly E. Sands (AS 7715)~~
~~asands@ipcounselors.com~~
~~Danielle S. Futterman (DY 4228)~~
~~dfutterman@ipcounselors.com~~
~~Gabriela N. Nastasi~~
~~gnastasi@ipcounselors.com~~
~~Grace A. Rawlins~~
~~grawlins@ipcounselors.com~~
~~EPSTEIN DRANGEL LLP~~
~~60 East 42nd Street, Suite 1250~~
~~New York, NY 10165~~
~~Telephone: (212) 292-5390~~
~~Facsimile: (212) 292-5391~~
~~*Attorneys for Plaintiff*~~
~~*RVRG Holdings LLC*~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AVINIE (SHENZHEN) TRADING CO., LTD., DISNEY JOINT FLAGSHIP STORE, DONGGUAN ANKE PRODUCT DESIGN COMPANY LIMITED, DONGGUAN CITY QIHE CLOTHING CO., LTD., DONGGUAN QIANLONG CLOTHING CO., LTD., DONGGUAN QIAOSHOU GARMENT CO., LTD., DONGGUAN SANNIU CLOTHING CO., LTD., DONGGUAN XINSHENG CLOTHING CO., LTD., DONGGUAN XINWEI CLOTHING CO., LTD., FUZHOU JINJUN TRADING CO., LTD., FUZHOU XINGLAN CLOTHING CO., LTD., GUANGZHOU CHANGGOGO TRADING CO., LTD., GUANGZHOU JUXUAN TRADE CO., LTD., GUANGZHOU NEW APPAREL TRADE COMPANY LIMITED, GUANGZHOU QISONG APPAREL CO., LTD., GUIGANG KUN'AN TRADE CO., LTD., HAINING CITY LUO DA KNITTING CO., LTD., HANGZHOU YUHANG YISHAN | 24-cv-6054 (JHR)<br><br>~~[PROPOSED]~~<br>**UNSEALING ORDER** |

CLOTHING FIRM, HEFEI OMG IMPORT AND EXPORT CO., LTD., HUAINAN HOWEAR TRADING CO., LTD., HUBEI SENYAO FASHION CO., LTD., JIANGXI JIANYOU TRADE CO., LTD., JIANGXI LEBOND TEXTILE CO., LTD., JIANGXI LOVE NATURE OUTDOOR PRODUCTS CO., LTD., JIANGXI SMILE CLOTHING CO., LTD., JIANGXI UNITE GARMENTS CO., LTD., JIAYIN DESIGN CLOTHING STORE, LANFY CLOTHING FACTORY STORE, MAGIC CASTLE LEGO STORE, MEN CLOTHING GYM SPORTS LEISURE STORE, NANCHANG RUI MAI CLOTHING CO., LTD., QIANJI BOUTIQU STORE, QUANZHOU AOTENG TRADE LTD., QUANZHOU TIANPIN ELECTRONIC COMMERCE CO., LTD., QUANZHOU YAYI CLOTHING CO., LTD., QUANZHOU ZUOXINER CLOTHING CO., LTD., S.FASHION STORE, SHENZHEN MCGREEN TECHNOLOGY CO., LTD., SHENZHEN SHENGMING YUANYING TRADING CO., LTD., SHISHI GETERUIQU TRADING CO., LTD., SHISHI SHANDONGBING GARMENT TRADE CO., LTD., SHOP1103330756 STORE, SHOP1103599839 STORE, SHOP1103726250 STORE, SHOP1103841516 STORE, SHOP1103993637 STORE, SHOP912624498 STORE, TRENDY TOUCH STORE, WUJIANG HAOYUN CLOTHING CO., LTD., XIAMEN ENKULAI TRADING CO., LTD., XIAMEN JIETONGSHENG TECHNOLOGY CO., LTD., YANTAI TAIYUN CLOTHING CO., LTD., YIWU MOZI E-COMMERCE FIRM, YIWU XINCHUAN CLOTHING CO., LTD., AND Y-M STORE,

*Defendants*

2

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  17th  day of  September , 2024, at  2:30  p.m.
New York, New York

                                                                HON. JENNIFER H. REARDEN
                                                                UNITED STATES DISTRICT JUDGE