Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*RVRG Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AVINIE (SHENZHEN) TRADING CO., LTD., DISNEY JOINT FLAGSHIP STORE, DONGGUAN ANKE PRODUCT DESIGN COMPANY LIMITED, DONGGUAN CITY QIHE CLOTHING CO., LTD., DONGGUAN QIANLONG CLOTHING CO., LTD., DONGGUAN QIAOSHOU GARMENT CO., LTD., DONGGUAN SANNIU CLOTHING CO., LTD., DONGGUAN XINSHENG CLOTHING CO., LTD., DONGGUAN XINWEI CLOTHING CO., LTD., FUZHOU JINJUN TRADING CO., LTD., FUZHOU XINGLAN CLOTHING CO., LTD., GUANGZHOU CHANGGOGO TRADING CO., LTD., GUANGZHOU JUXUAN TRADE CO., LTD., GUANGZHOU NEW APPAREL TRADE COMPANY LIMITED, GUANGZHOU QISONG APPAREL CO., LTD., GUIGANG KUN'AN TRADE CO., LTD., HAINING CITY LUO DA KNITTING CO., LTD., HANGZHOU YUHANG YISHAN CLOTHING FIRM, | **MISCELLANEOUS ACTION NO.: 24-mc-356**<br><br>~~[PROPOSED]~~<br>**ORDER TEMPORARILY SEALING FILE**<br><br>**FILED UNDER SEAL** |

HEFEI OMG IMPORT AND EXPORT CO., LTD., HUAINAN HOWEAR TRADING CO., LTD., HUBEI SENYAO FASHION CO., LTD., JIANGXI JIANYOU TRADE CO., LTD., JIANGXI LEBOND TEXTILE CO., LTD., JIANGXI LOVE NATURE OUTDOOR PRODUCTS CO., LTD., JIANGXI SMILE CLOTHING CO., LTD., JIANGXI UNITE GARMENTS CO., LTD., JIAYIN DESIGN CLOTHING STORE, LANFY CLOTHING FACTORY STORE, MAGIC CASTLE LEGO STORE, MEN CLOTHING GYM SPORTS LEISURE STORE, NANCHANG RUI MAI CLOTHING CO., LTD., QIANJI BOUTIQU STORE, QUANZHOU AOTENG TRADE LTD., QUANZHOU TIANPIN ELECTRONIC COMMERCE CO., LTD., QUANZHOU YAYI CLOTHING CO., LTD., QUANZHOU ZUOXINER CLOTHING CO., LTD., S.FASHION STORE, SHENZHEN MCGREEN TECHNOLOGY CO., LTD., SHENZHEN SHENGMING YUANYING TRADING CO., LTD., SHISHI GETERUIQU TRADING CO., LTD., SHISHI SHANDONGBING GARMENT TRADE CO., LTD., SHOP1103330756 STORE, SHOP1103599839 STORE, SHOP1103726250 STORE, SHOP1103841516 STORE, SHOP1103993637 STORE, SHOP912624498 STORE, TRENDY TOUCH STORE, WUJIANG HAOYUN CLOTHING CO., LTD., XIAMEN ENKULAI TRADING CO., LTD., XIAMEN JIETONGSHENG TECHNOLOGY CO., LTD., YANTAI TAIYUN CLOTHING CO., LTD., YIWU MOZI E-COMMERCE FIRM, YIWU XINCHUAN CLOTHING CO., LTD., and Y-M STORE,

*Defendants*

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Yira Dirocie and Gabriela N. Nastasi and exhibits attached thereto under seal until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

August 8, 2024
SIGNED this -------day-of--------------------, 2024, at --------------- .m.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1