

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

March 20, 2026

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.  Plaintiff shall file a default judgment motion by **April 17, 2026**.

The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: March 23, 2026

Re:    ***RVRG Holdings LLC v. Avinie (shenzhen) Trading Co., Ltd., et al.,***
       **Case No. 24-cv-6054**
       **Request to Extend Deadline to File Default Judgment Motion**

Dear Judge Rearden,

We represent Plaintiff RVRG Holdings LLC ("Plaintiff"), in the above-referenced matter (the "Action").[1] On February 23, 2026, the Court ordered Plaintiff to file a default judgment motion ("DJ Motion") no later than March 25, 2026 against Defendants ("February 23, 2026 Order"). (Dkt. 39). For the reasons set forth herein, Plaintiff respectfully requests that the Court grant a short extension of Plaintiff's deadline to file its DJ Motion. In accordance with Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff submits the following:

1. **Original Date:** Plaintiff's current deadline to file its DJ Motion is March 25, 2026.
2. **Number of Previous Requests for Adjournment:** None, this is Plaintiff's first request for an extension of time to file its DJ Motion.
3. **Whether Those Previous Requests for Adjournment Were Granted or Denied:** N/A
4. **Reason for Requested Adjournment:** Plaintiff's counsel currently has a high-volume caseload creating difficulties with availability and workload. Extending the deadline for Plaintiff to file its DJ Motion by a few weeks, to April 17, 2026, will alleviate the challenges associated with the high-volume caseload.
5. **Whether the Adversary Consents:** Given that Defendants are in default, Plaintiff did not seek their consent.
6. **The Date of the Parties' Next Scheduled Appearance and Any Other Existing Deadlines:** N/A

We thank the Court for its time and attention to this matter.

Respectfully submitted,

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Jennifer H. Rearden
March 20, 2026
Page 2

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

